**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

——————

**No. 14-1415**

——————

CHARLES E. MCMANUS, III,

        Plaintiff - Appellant,

    v.

KAISER FOUNDATION HEALTH PLAN OF THE MID-ATLANTIC STATES,
INC.,

        Defendant - Appellee.

——————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    Richard D. Bennett, District Judge.
(1:13-cv-02244-RDB)

——————

Submitted:  December 16, 2014    Decided:  December 18, 2014

——————

Before DUNCAN and DIAZ, Circuit Judges, and DAVIS, Senior
Circuit Judge.

——————

Affirmed by unpublished per curiam opinion.

——————

Charles E. McManus, III, Appellant Pro Se.  Gregory Michael
Garrett, TYDINGS & ROSENBERG, LLP, Baltimore, Maryland, for
Appellee.

——————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles E. McManus, III, appeals the district court's order dismissing his complaint in which he challenged Defendant's termination of his enrollment in one of its Medicare plans. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McManus v. Kaiser Found. Health Plan of the Mid-Atl. States, Inc., No. 1:13-cv-02244-RDB (D. Md. Feb. 26, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED